# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 26-50346
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

August 13, 2026

Lyle W. Cayce
Clerk

Brandie Astran,

*Plaintiff—Appellant*,

*versus*

Austin Police Department; Pflugerville Police Department; City of Austin; City of Pflugerville; Travis County Medical Examiner Office,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1781

———————————————————————

Before Clement, Engelhardt, and Wilson, *Circuit Judges*.

Per Curiam:*

After reviewing the Appellant's brief and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6.

———————————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.